S. Peter Serrano
United States Attorney
Eastern District of Washington
Courtney R. Pratten
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 14 2025

SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TYLER LEE JARVIS, <br><br> Defendant. | 1:25-CR-2119-SAB <br><br> INDICTMENT <br><br> Vio: 18 U.S.C. §§ 1343, 2 <br> Wire Fraud <br> (Count 1) <br><br> 18 U.S.C. §§ 641, 2 <br> Theft of Government Property <br> (Count 2) <br><br> 18 U.S.C. §§ 1863, 2 <br> Trespass on National Forest Lands <br> (Count 3) <br><br> 18 U.S.C. § 981, 28 U.S.C. § 2461(c) <br> Forfeiture Allegations |

The Grand Jury charges:

SCHEME TO DEFRAUD

1. Between on or about August 4, 2025, and on or about August 6, 2025, the Defendant, TYLER LEE JARVIS, in the Eastern District of Washington and

INDICTMENT – 1

elsewhere, devised and participated in a scheme to defraud the United States of property by which (1) Defendant and other co-conspirators unknown to the Grand Jury broke into a work center located in the Wenatchee National Forest; (2) Defendant, and other co-conspirators unknown to the Grand Jury then proceeded to steal items of property from the Bureau of Land Management and the United States Forest Service; (3) Defendant and other co-conspirators unknown to the Grand Jury then listed the Bureau of Land Management and United States Forest Service property for sale on Defendant's Facebook Marketplace profile; and, (4) Defendant and other co-conspirators unknown to the Grand Jury then sold the stolen Bureau of Land Management and United States Forest Service property through Facebook Marketplace for personal profit and gain.

2. The Defendant's participation in the scheme described herein caused a total financial loss of approximately $3,033.00 to the government of the United States.

## EXECUTION OF THE SCHEME TO DEFRAUD

3. As part of the scheme and artifice to defraud, on or about August 4, 2025, Defendant and other co-conspirators unknown to the Grand Jury entered fenced land in the Wenatchee National Forest. The fences at the East and West entrance to the land displayed signage stating unauthorized entry was prohibited, or words to that effect.

INDICTMENT – 2

4. It was further part of the scheme and artifice to defraud that Defendant and other co-conspirators unknown to the Grand Jury approached the locked work center, on the fenced land, and cut the lock to the outer door.

5. It was further part of the scheme and artifice to defraud that Defendant and other co-conspirators unknown to the Grand Jury entered the work center, cut other locks inside, and proceeded to remove the following items totaling a value of over $1,000.00 that belonged to either the Bureau of Land Management or the United States Forest Service from national forest lands.

| Item | Approximate Market Value |
|---|---|
| Alpinestars Boots | $699.95 |
| Stihl Backpack Blower | $649.99 |
| Ball Valves | $218.00 |
| Wye Valves | $247.90 |
| Nozzles | $417.24 |
| Padlocks | $100.00 (estimated) |
| **Total** | **$2,333.08** |

6. It was further part of the scheme and artifice to defraud that Defendant and other co-conspirators unknown to the Grand Jury then accessed the Facebook Marketplace profile for "T.L. Jarvis" through both the Internet and the World Wide Web, and listed photos, a brief description, and a price in United States currency for each stolen item. In doing so, it was further part of the scheme and artifice to

INDICTMENT – 3

defraud that Defendant and other co-conspirators unknown to the Grand Jury fraudulently represented to both purchasers and potential purchasers of the stolen items that Defendant and other co-conspirators unknown to the Grand Jury possessed the legal ownership and authority to sell the stolen items.

7.   It was further part of the scheme and artifice to defraud that Defendant and other co-conspirators unknown to the Grand Jury communicated via the Internet and the World Wide Web with purchasers and potential purchasers, located both in the Eastern District of Washington and elsewhere, about the stolen items with the intent to sell the items for personal profit and gain.

## COUNT 1

8.   The factual allegations in paragraphs 1 through 7 are incorporated herein by reference.

9.   Between on or about August 4, 2025, through on or about August 6, 2025, in the Eastern District of Washington and elsewhere, the Defendant, TYLER LEE JARVIS, with the intent to defraud and to obtain money by false and fraudulent pretenses, representations, and promises, devised and intended to devise a scheme to obtain money by means of false and fraudulent pretenses and representations, and through his participation in the scheme to obtain money by means of false and fraudulent pretenses, representations, and promises, transmitted or caused to be transmitted by means of wire communication in interstate

INDICTMENT – 4

commerce the signals and sounds of a posting on Facebook Marketplace advertising the sale of stolen Bureau of Land Management and United States Forest Service property for the purpose of executing such scheme or artifice, in violation 18 U.S.C. §§ 1343, 2.

## COUNT 2

10. The factual allegations in paragraphs 1 through 7 are incorporated herein by reference.

11. Between on or about August 4, 2025, through on or about August 6, 2025, in the Eastern District of Washington, the Defendant, TYLER LEE JARVIS, willingly and knowingly did steal and purloin the following property of the Bureau of Land Management and the United States Forest Service - a pair of Alpinestars Boots, a Stihl Backpack Blower, Ball Valves, Wye Valves, and Nozzles, all of which totaled a value exceeding $1,000.00, in violation of 18 U.S.C. § 641.

## COUNT 3

12. The factual allegations in paragraphs 1 through 7 are incorporated herein by reference.

13. On or about August 4, 2025, in the Eastern District of Washington, the Defendant TYLER LEE JARVIS, without lawful authority or permission, entered national-forest land while it was closed to the public pursuant to lawful regulation of the Secretary of Agriculture, in violation of 18 U.S.C. § 1863.

INDICTMENT – 5

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated herein by this reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 1343, Wire Fraud, and/or in violation of 18 U.S.C. § 641, Theft of Government Property, as alleged in this Indictment, the Defendant, TYLER LEE JARVIS, shall forfeit to the United States of America any property, real or personal, which constitutes or is derived from proceeds traceable to the offense(s). The property to be forfeited includes, but is not limited to:

MONEY JUDGMENT

$2,233.08 in United States currency representing the amount of proceeds obtained as a result of the wire fraud offense(s).

MONEY JUDGMENT

$2,233.08 in United States currency representing the amount of proceeds obtained as a result of the theft of government money offense.

If any of the property described above, as the result of any act or omission of Defendant:

    a.    cannot be located upon the exercise of due diligence;
    b.    has been transferred or sold to, or deposited with, a third party;
    c.    has been placed beyond the jurisdiction of the court;
    d.    has been substantially diminished in value; or

INDICTMENT – 6

e.    has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 14th day of November 2025.

A TRUE BILL

_____
S. Peter Serrano
United States Attorney

_____
Courtney R. Pratten
Assistant United States Attorney

INDICTMENT – 7